**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-04642 |
| Richard William McCarthy;<br>Vicki-Lyn Watt; | CHAPTER 13 |
| | JUDGE LaShonda A Hunt |
| Debtor(s). | |

**OBJECTION TO CONFIRMATION OF PLAN FILED APRIL 6, 2023**

PNC Bank, National Association, hereinafter referred to as "Creditor", by and through its attorneys, Diaz Anselmo & Associates, LLC, objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C.§ 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. The debtors filed a petition for relief under Chapter 13 on April 6, 2023.

5. PNC Bank, National Association holds a mortgage secured by a lien on debtors' real estate commonly known as 12155 Catawba Court, Homer Glen, IL 60491.

6. The creditor will be filing a claim for pre-petition arrears estimated to be $2,762.35.

7. The Chapter 13 plan provides that the Debtors will pay PNC Bank, National Association arrears of $0.00.

8. The Chapter 13 plan provides that the debtors will make post-petition payments in the amount of $4,500.00 directly to the Creditor. However, the correct estimated post-petition payment amount is $4,518.74.

9. The Chapter 13 plan is not feasible as it will not complete within 5 years. Therefore, the plan does not comply with the requirements of 11 U.S.C. § 1322(d).

10. The Chapter 13 plan does not provide that the Creditor will be paid its secured claim of $2,762.35. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, Creditor prays for entry of the attached Order Denying Confirmation of the Chapter 13 plan.

PNC Bank, National Association


/s/ Nisha B. Parikh

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B23040012
This law firm is deemed to be a debtor collector.