**Fill in this information to identify the case**

**Debtor 1** Richard William McCarthy

**Debtor 2** Vicki-Lyn Watt
**(Spouse, if filing)**

United States Bankruptcy Court for the: **NORTHERN** District of **ILLINOIS**
(State)

**Case number** 23-04642

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, National Association       **Court claim no.** (if known): **4**

**Last four digits** of any number you use to identify the debtor's account:    **4660**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: 

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 5/12/2023 | (5) | $ 300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. | Other. Specify: POC 410A Loan Payment History | 5/12/2023 | (11) | $ 350.00 |
| 12. | Other. Specify: PPFN | 5/15/2023 | (12) | $ 150.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2            **Notice of Postpetition Mortgage Fees, Expenses, and Charges**            Page **1**

23-009052_JMB3

| Debtor 1 | Richard William McCarthy | | | Case number (if known) 23-04642 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ Adam B. Hall                                   Date  05/17/2023
    Signature

Print:            Adam B. Hall                      Title  Authorized Agent for Creditor
Title             Authorized Agent for Creditor
Company           Manley Deas Kochalski LLC
Address           P.O. Box 165028
                  Number        Street
                  Columbus OH  43216-5028
                  City          State      ZIP Code

Contact phone    614-220-5611                       Email  amps@manleydeas.com

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Glenn B Stearns, mcguckin_m@lislel3.com

Christina Banyon, Attorney for Richard William McCarthy and Vicki-Lyn Watt, cbanyon.law@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Richard William McCarthy and Vicki-Lyn Watt, 12155 Catawba Ct., Homer Glen, IL  60491

/s/ Adam B. Hall

23-009052_JMB3